UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER BOYLE,

    Plaintiff,

v.

                              Case No. 11-CV-12089-DT

BLUE CROSS BLUE SHIELD OF
NORTH CAROLINA and CONTINENTAL       HONORABLE DENISE PAGE HOOD
AUTOMOTIVE, INC. WELFARE
BENEFITS PLAN,

    Defendants.

_____/

## **JUDGMENT**

    Pursuant to the Order entered this date dismissing this action, accordingly,

    Judgment is entered in favor of Defendants and against Plaintiff.

                                                           DAVID J. WEAVER
                                                           CLERK OF COURT

Approved:                                            By: s/Julie Owens
                                                                Deputy Clerk

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: November 30, 2011
Detroit, Michigan

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 30, 2011, by electronic and/or ordinary mail.

                                      S/LaShawn R. Saulsberry
                                      Case Manager